■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS J. CONNOLLY, Appellant.—Judgment, Supreme Court, New York County (Ernst Rosenberger, J.), rendered on September 4, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Sandler, Sullivan and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MONTALVO, Appellant.—Judgment, Supreme Court, New York County (James Leff, J.), rendered on May 3, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Carro, J. P., Asch, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO ORTIZ, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on March 5, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Carro, Asch, Kassal and Ellerin, JJ.